$1,000,000,000.00 (U.S.)
One Billion Dollars
Personal - single person action
seeking damages plus fees
paid in cash
to Mr. Mustafa Zebdieh
immediately upon request by court.

Mustafa Zebdieh
FULL NAME

COMMITTED NAME (if different)
515 Crocker St L.A, CA 90013
FULL ADDRESS INCLUDING NAME OF INSTITUTION
cc: DOJ/DHS/Adelanto Detention Center
10250 Rancho Rd Adelanto, CA 92301
PRISON NUMBER (if applicable)
74100557

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Mustafa Zebdieh
PLAINTIFF,
v.
U.S. Gov't
DEFENDANT(S).

CASE NUMBER ED 17-01310 SVW (JCG)
To be supplied by the Clerk

CIVIL RIGHTS COMPLAINT
PURSUANT TO (Check one)
☐ 42 U.S.C. § 1983
☑ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 28 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
JUN 30 2017
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

  a. Parties to this previous lawsuit:
     Plaintiff _____

     Defendants _____

  b. Court _____

  c. Docket or case number _____
  d. Name of judge to whom case was assigned _____
  e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____
  f. Issues raised: _____

  g. Approximate date of filing lawsuit: _____
  h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __Mustafa Zebdieh__
(print plaintiff's name)
who presently resides at __10250 Rancho Rd Adelanto CA 92301__,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
__Adelanto Detention Center    Adelanto, CA__
(institution/city where violation occurred)

on (date or dates) __May 2017__, __June 2017__, __July 2017__
                      (Claim I)     (Claim II)     (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Unknown name (official) employee__ resides or works at
   (full name of first defendant)
   __10250 rancho rd Adelanto, CA 92301__
   (full address of first defendant)
   __Unknown position and title, if any__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   __U.S Gov't employee or representative, badge, id, etc...__

2. Defendant __Unknown name (official) employee__ resides or works at
   (full name of first defendant)
   __10250 Rancho Rd Adelanto, CA 92301__
   (full address of first defendant)
   __Unknown position and title, if any__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __U.S. Gov't employee or representative, badge, id etc..__

3. Defendant __Unknown__ resides or works at
   (full name of first defendant)
   __Unknown__
   (full address of first defendant)
   __Unknown__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __Unknown__

4. Defendant __Unknown__ resides or works at
   (full name of first defendant)

   __Unknown__
   (full address of first defendant)

   __Unknown__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ Individual ☒ Official capacity.

   Explain how this defendant was acting under color of law:
   __U.S.__

5. Defendant __Unknown__ resides or works at
   (full name of first defendant)

   __Unknown__
   (full address of first defendant)

   __Unknown__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ Individual ☒ Official capacity.

   Explain how this defendant was acting under color of law:
   __U.S.A__

**D. CLAIMS***                                            **CLAIM I**

The following civil right has been violated:

Const. Amend 1 Freedom of religion violated, discriminated against by U.S. for race, religion, national origin, political opinion, Const Amend 4 illegal searches, Const Amend 5 due process violated; discovery inculpatory withheld by DHS, Const. Amend 6 right to attorney, due process violated Const Amend 8 cruel & unusual punishment, imprisoned for punishment,

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

Terrorizing, Terrorism against Individuals, especially myself by the U.S. Gov't is the method of operation by employees of U.S.A. is what is being carried out, not by request but by execution due to individuals in the Prison Industry Complexes that are in the jurisdiction of my legal court proceedings; which by and unto themselves are illegal by reason of fact; as well as reason of law see examples; factual events; discrimination violation; sexual harassment by all U.S. and corporate employees of opposite sex including administrative & medical female staff; Complete disregard for human constitutional & civil rights by multiple & all applicable Gov't agencies operating within, inside, or has business or other gov't contracts, treaties, etc. operating with the USA by reason of law is operating in violation of my, Mutola Zebdeh, rights due to reason of fact from my political opinion of Anarchism has caused violations repeatedly by Gov't's harassing, threatening, effecting, expressed communication or was

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline. Somehow involved with any of the previously mentioned violations by reason of unknown intent.

CIVIL RIGHTS COMPLAINT                                    Page 5 of 6

CV-66 (7/97)

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

One Billion Dollars plus actual damages to be paid in one lump sum; Cash by $100 (one hundred dollar) notes (U.S. Dollar) to equal the amount of $1,000,000,000.00 (one billion U.S. of America dollars) delivered to:

Mister Mustafa Zebdieh
SSN# 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
Alien# 074-100557
DOB: January 8th, 1982
Origin: Aleppo (Haleb) Syria
aka: Steve; Mustafa Zebdiyeh; Steve Z; Zebdieh

6-25-2017
(Date)

(Signature of Plaintiff)

Mustafa Zeldich
10250 Rancho Rd
Adelanto, CA 92301
74160557-4A.101.2p

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 28 2017
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Attention: Pro Se Clerk
United States District Court
Central District of California
312 North Spring Street, Room G-8
L.A. California 90012